# Notice Recipients

| District/Off: 0207–8 | User: efilloram | Date Created: 2/14/2012 |
|---|---|---|
| Case: 8–11–77856–ast | Form ID: 262 | Total: 73 |

**Recipients of Notice of Electronic Filing:**
tr        Kenneth Kirschenbaum        ken@kirschenbaumesq.com
aty       Dennis Houdek        denniswhoudek@aol.com

                                                                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Daniel Roman | 66 Sprague Drive    Valley Stream, NY 11580 |
| jdb | Mayra Roman | 66 Sprague Drive    Valley Stream, NY 11580 |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722–4437 |
| 7473484 | AmeriCredit Financial Services, Inc. | P O Box 183853    Arlington, TX 76096 |
| 7445274 | American Express | P.O. Box 105278    Atlanta, GA 30348–5278 |
| 7445285 | Americredit | c/o NCO Financial Systems Inc.    Dept. P.O. Box 15630    Dept. 02    Wilmington, DE 19850 |
| 7445284 | Americredit | c/o NCO Financial Systems Inc.    P.O. Box 15372    Wilmington, DE 19850–5372 |
| 7445271 | Americredit Financial Services | P.O. Box 183593    Arlington, TX 76096–3593 |
| 7445268 | BPC Management Corp. | 80 Livingston Street    Brooklyn, NY 11201 |
| 7445318 | Bill Me Later | P.O. Box 105658    Atlanta, GA 30348 |
| 7445287 | Cablevision | c/o NCO Financial Systems Inc.    Dept. P.O. Box 15630    Dept. 99    Wilmington, DE 19850 |
| 7445286 | Cablevision | c/o NCO Financial Systems Inc.    P.O. Box 15740    Wilmington, DE 19850–5740 |
| 7445300 | Cablevision of Western Nassau | c/o CBHV    P.O. Box 3495    Toledo, OH 43607 |
| 7445299 | Cablevision of Western Nassau | c/o CBHV    P.O. Box 831    Newburgh, NY 12551–0831 |
| 7445290 | Capital One | P.O. Box 71083    Charlotte, NC 28272–1083 |
| 7445308 | Chase Cardmember Service | P.O. Box 15153    Wilmington, DE 19886–5153 |
| 7445309 | Chase Cardmember Service | P.O. Box 15298    Wilmington, DE 19850–5298 |
| 7445310 | Chase Customer Service | P.O. Box 15299    Wilmington, DE 19850–5299 |
| 7445283 | Citibank (South Dakota) N.A. | c/o Rubin &Rothman, LLC    1787 Veterans Highway    Islandia, NY 11749 |
| 7445258 | City of New York | Environmental Control Board    66 John Street    New York, NY 10038 |
| 7445259 | City of New York | Parking Violations Bureau    66 John Street    New York, NY 10038 |
| 7445280 | DFS Services, LLC | c/o Zwicker &Associates P.C.    80 Minuteman Road    Andover, MA 01810–1008 |
| 7445281 | DFS Services, LLC | c/o Zwicker &Associates P.C.    P.O. Box 101145    Birmingham, AL 35210–6145 |
| 7445305 | Discover | P.O. Box 71084    Charlotte, NC 28272–1084 |
| 7445307 | Discover Card | P.O. Box 30421    Salt Lake City, UT 84130–0421 |
| 7445306 | Discover Card | P.O. Box 30943    Salt Lake City, UT 84130 |
| 7445311 | GE Money Bank | P.O. Box 960061    Orlando, FL 32896–0061 |
| 7445312 | GE Money Bank | P.O. Box 981127    El Paso, TX 79998–1127 |
| 7445313 | GE Money Bank | P.O. Box 981438    El Paso, TX 79998–1438 |
| 7445282 | GEMB/PC Richard | c/o Asset Acceptance LLC    P.O. Box 2036    Warren, MI 48090–2036 |
| 7445317 | Gilman Management Corporation | 55 Watermill Lane    Great Neck, NY 11021 |
| 7445316 | Greenpoint Mortgage Funding, Inc. | c/o Stagg Terenzi Confusione &Wabnik, L    401 Franklin Avenue, Suite 300    Garden City, NY 11530 |
| 7445297 | HSBC Bank | c/o Cohen &Slamowitz, LLP    P.O. Box 9004    Woodbury, NY 11797–9004 |
| 7445296 | HSBC Bank | c/o James A. West, P.C.    6380 Rogerdale Road, Suite 130    Houston, TX 77072–1624 |
| 7445298 | HSBC Bank Nevada, N.A. | c/o Cohen &Slamowitz, LLP    P.O. Box 9001    Woodbury, NY 11797–9001 |
| 7445314 | HSBC Bank Nevada, N.A. | c/o NYC Marshal Ronald Moses    116 John Street, 15th Floor    New York, New York 10038 |
| 7445291 | Home Depot Credit Services | P.O. Box 183175    Columbus, OH 43218–3175 |
| 7445289 | Home Depot Credit Services | P.O. Box 689100    Des Moines, IA 50368–9100 |
| 7445288 | Home Depot Credit Services | Processing Center    Des Moines, IA 50364–0500 |
| 7445256 | JP Morgan Chase Bank, N.A. | P.O Box 659754    San Antonio, TX 78265–9754 |
| 7490092 | LEOPOLD &ASSOCIATES, PLLC | Attorneys for U.S. Bank National Associa    80 Business Park Drive, Suite 301    Armonk, New York 10504    (914)219–5787 |
| 7445301 | NYC Department of Finance | 59 Maiden Lane, 19th Floor    New York, NY 10038–4502 |
| 7445302 | NYC Department of Finance | P.O. Box 2301    New York, NY 10272–2301 |
| 7445315 | Nassau County Sheriff | 240 Old Country Road    Mineola, NY 11501 |
| 7445295 | National Grid | P.O. Box 020760    Brooklyn, NY 11202–9964 |
| 7445266 | National Grid | c/o Penn Credit    916 South 14th Street    P.O. Box 988    Harrisburg, PA 17108–0988 |

| | | | | |
|---|---|---|---|---|
| 7445267 | National Grid | c/o Penn Credit | P.O. Box 1259, Dept. 91047 | Oaks, PA 19456 |
| 7445275 | National Grid NY | c/o RUI Credit Services | P.O. Box 1349 | Melville, NY 11747–0422 |
| 7445292 | Nissan Motor Acceptance Corp. | c/o Vital Recovery Services, Inc. | P.O. Box 923747 | Norcross, GA 30010–3747 |
| 7445293 | Nissan Motor Acceptance Corp. | c/o Vital Recovery Services, Inc. | P.O. Box 923748 | Norcross, GA 30010–3748 |
| 7445272 | Nissan–Infiniti LT | P.O. Box 660366 | Dallas, TX 75266–0366 | |
| 7445263 | Ocwen Loan Servicing, LLC | P.O. Box 24665 | West Palm Beach, FL 33416–4665 | |
| 7445262 | Ocwen Loan Servicing, LLC | P.O. Box 24738 | West Palm Beach, FL 33416–4738 | |
| 7445261 | Ocwen Loan Servicing, LLC | P.O. Box 6440 | Carol Stream, IL 60197–6440 | |
| 7445265 | Ocwen Loan Servicing, LLC | P.O. Box 6501 | Springfield, OH 45501 | |
| 7445264 | Ocwen Loan Servicing, LLC | P.O. Box 6723 | Springfield, OH 45501–6723 | |
| 7445303 | R.G. Mortgage Corporation | 280 J.T. Pinero Ave. Hato Rey PR 00918 | P.O. Box 36394 San Juan, PR 00936–2394 | |
| 7445304 | R.G. Mortgage Corporation | P.O. Box 36394 | 280 Jesus T. Pinero Avenue | San Juan, PR 00936 |
| 7445273 | Radian Guaranty Inc. | 1601 Market Street | Philadelphia, PA 19103–2337 | |
| 7445257 | STS Properties 1, LLC | c/o Law Offices of David W. Graber | 55 Watermill Lane, Suite 100 | Great Neck, NY 11021 |
| 7445270 | Stephen David Cohn, Esq. | 16 Court Street | Brooklyn, NY 11241 | |
| 7445269 | Stephen R. Chesley, Esq. | 16 Court Street, Suite 2501 | Brooklyn, NY 11241 | |
| 7445277 | T–Mobile | c/o Pinnacle Financial Group | 7825 Washington Avenue S., Suite 310 | Minneapolis, MN 55439–2409 |
| 7445278 | T–Mobile | c/o Pinnacle Financial Group | Dept. 683   P.O. Box 4115 | Concord, CA 94524 |
| 7445294 | TD Bank N.A. | c/o Associated Credit Services Inc. | 105B South Street   P.O. Box 9100 | Hopkinton, MA 07148–9100 |
| 7445260 | U.S. Bank National Association as Trustee | c/o Rosicki, Rosicki &Associates, P.C. | 51 East Bethpage Road | Plainview, NY 11803 |
| 7445276 | Verizon | c/o CBCS | P.O. Box 163250 | Columbus, OH 43216–3250 |
| 7445279 | Verizon New York Inc. | c/o Afni Inc. | 404 Brock Drive   P.O. Box 3427 | Bloomington, IL 61702–3427 |

TOTAL: 71